■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONDARR WARD, Appellant. [32 NYS3d 524]—Motion for writ of

error coram nobis denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.